SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile: (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff, COLTON BRYANT

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLTON BRYANT,<br><br>            Plaintiff,<br><br>      vs.<br><br>J SKY INVESTMENT II, INC D/B/A BNC COIN OP LAUNDRY; DBF 1, LLC; DONG IL PARK D/B/A COIN-OP-LAUNDRY; THE NACKOUD BROTHERS LLC; DOES 1 to 10,<br><br>            Defendants. | **Case No.: 2:20-cv-05024 AB (Ex)**<br><br>**NOTICE OF SETTLEMENT OF ENTIRE CASE** |

Notice is hereby given that Plaintiff COLTON BRYANT ("Plaintiff") and Defendants have settled the above-captioned matter as to the entire case.  Parties requests that the Court grant thirty (30) days from the date of this filing for Plaintiff to file dispositional documents in order to afford Parties time to complete settlement.

DATED:  March 19, 2021                 **SO. CAL EQUAL ACCESS GROUP**


                                                    _/s/ Jason J. Kim_____
                                                    JASON J. KIM
                                                    Attorney for Plaintiff

NOTICE OF SETTLEMENT OF ENTIRE CASE