1  **SO. CAL. EQUAL ACCESS GROUP**
   Jason J. Kim (SBN 190246)
2  Jason Yoon (SBN 306137)
   101 S. Western Ave., Second Floor
3  Los Angeles, CA 90004
   Telephone: (213) 252-8008
4  Facsimile: (213) 252-8009
   scalequalaccess@yahoo.com
5
   Attorneys for Plaintiff, COLTON BRYANT
6

7

8               **UNITED STATES DISTRICT COURT**

9               **CENTRAL DISTRICT OF CALIFORNIA**

10

11 | COLTON BRYANT,
12 |                                          **Case No.: 2:20-cv-05024 AB (Ex)**
      Plaintiff,
13
14    vs.                                     **JOINT STIPULATION FOR**
                                               **DISMISSAL PURSUANT TO**
15 | J SKY INVESTMENT II, INC D/B/A            **FEDERAL RULE OF CIVIL**
      BNC COIN OP LAUNDRY; DBF 1,              **PROCEDURE 41(a)(1)(A)(ii)**
16    LLC; DONG IL PARK D/B/A COIN-
17    OP-LAUNDRY; THE NACKOUD
      BROTHERS LLC; DOES 1 to 10,
18
19
      Defendants.
20

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Attorneys for Plaintiff COLTON BRYANT ("Plaintiff") and Defendants DONG IL PARK D/B/A COIN-OP-LAUNDRY and THE NACKOUD BROTHERS LLC stipulate and jointly request that this Court dismiss, with prejudice, the above-captioned action, in its entirety. Each party shall bear his or its own costs and attorneys' fees.

Respectfully submitted,

DATED: April 21, 2021    SO. CAL. EQUAL ACCESS GROUP

By: ___/s/ Jason J. Kim___
Jason J. Kim
Attorneys for Plaintiff

Dated: April 21, 2021    TABATABAI & MIYAMOTO, APC

By: ___/s/ Richard Miyamoto___
Richard Miyamoto
Attorney for Defendants
DONG IL PARK D/B/A COIN-OP-LAUNDRY and THE NACKOUD BROTHERS LLC

**Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Jason J. Kim, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: April 21, 2021    By: /s/ Jason J. Kim
Jason J. Kim